**Opinion issued January 10, 2013**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-12-01021-CV

———————————

**GREGORY LUCKMAN, Appellant**

**V.**

**MINERVA GUADALUPE ZAMORA, Appellee**

**On Appeal from the 312th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2005-50322**

## MEMORANDUM OPINION

Appellant has filed a motion to dismiss this appeal. *See* TEX. R. APP. P. 42.1(a)(1). The certificate of conference indicates that appellee did not respond to appellant's attempt to confer regarding the motion. *See* TEX. R. APP. P. 10.1(a).

Ten days have passed, however, and appellee has not filed a response in opposition. *See* TEX. R. APP. P. 10.1(b) (providing that court may determine motion before response is filed), 10.3(a) (providing, in pertinent part, that court should not hear or determine motion until 10 days after motion was filed, unless motion states that parties have conferred and that no party opposes motion). No opinion has issued. *See* TEX. R. APP. P. 42.1(c).

Accordingly, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Bland and Huddle.